IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-03207-RPM

MEGHAN BELASKI,

    Plaintiff,

v.

LUTHERAN SOCIAL SERVICES OF COLORADO,
d/b/a Lutheran Family Services, Inc.; and
RYAN GRAY,

    Defendants.

_____

ORDER DENYING MOTION TO DISMISS COUNTERCLAIMS
_____

On February 18, 2014, the plaintiff filed a Motion to Dismiss Counterclaims Pursuant to Fed.R.Civ.P. 12(b)(1) and (6).  The defendants filed a response on March 11, 2014, although only defendant Lutheran Social Services of Colorado d/b/a Lutheran Family Services, Inc., is a counterclaimant.  Upon review of these pleadings, it is

ORDERED that the plaintiff's Motion to Dismiss Counterclaims is denied.

DATED: March 12th, 2014

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior Judge