IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-03207-RPM

MEGHAN BELASKI,

    Plaintiff,

v.

LUTHERAN SOCIAL SERVICES OF COLORADO,
d/b/a Lutheran Family Services, Inc.; and
RYAN GRAY,

    Defendants.

_____

ORDER CONTINUING SCHEDULING CONFERENCE
_____

Upon consideration of the joint motion to reschedule the April 24, 2014 scheduling conference and extend related deadlines [16], it is

ORDERED that the **scheduling conference is reset for April 29, 2014, at 11:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  The proposed scheduling order must be submitted in paper form directly to chambers no later than **April 22, 2014, at 4:00 p.m.**  Initial disclosures under Rule 26(a)(1) will be completed by **April 21, 2014.**

DATED: April 8th, 2014

                                            BY THE COURT:

                                            s/Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior Judge