IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-03207-RPM

MEGHAN BELASKI,

    Plaintiff,

v.

LUTHERAN SOCIAL SERVICES OF COLORADO,
d/b/a Lutheran Family Services, Inc.; and
RYAN GRAY,

    Defendants.

_____

ORDER OF DISMISSAL
_____

    Pursuant to the Stipulation for Dismissal of All Claims and Counterclaims with Prejudice [30], it is

    ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorney's fees.

    DATED:   September 17th, 2014

                            BY THE COURT:

                            s/Richard P. Matsch

                            _____
                            Richard P. Matsch, Senior Judge